No. P67/202.—Concord Watch Co., Inc., et al. *v.* United States, protests 66/27148, etc. (New York).

OLIVER, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of watch movements that were manufactured and repaired or corrected in substantially the same manner as and are similar in all material respects concerning adjustment to the watch movements which were the subject of *Benrus Watch Company et al* v. *United States* (53 Cust. Ct. 28, C.D. 2469), and therein held to be unadjusted and, accordingly, not subject to any additional duty for adjustments, the claim of the plaintiffs was sustained.

No. P67/203.—St. Mary's Church *v.* United States, protest 62/1095 (B) (Los Angeles).

OLIVER J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of faceted stained glass window panels which are works of art, imported for and installed in a church, similar in all material respects to the stained glass windows the subject of *Mission of San Gabriel* and *W. J. Byrnes & Co.* v. *United States* (44 Cust. Ct. 157, C.D. 2171) ; *V. Rev. Kilian McGowan, C. P. Rector* v. *United States* (56 Cust. Ct. 450, C.D. 2673) ; and *Castelazo & Associates et al.* v. *United States* (57 Cust. Ct. 67, C.D. 2728), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, JUNE 20, 1967

No. P67/204.—Alpine Importers of Calif. *v.* United States, protests 63/1155 and 63/10692 (B) (Los Angeles).

WATSON, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of wrought iron articles similar in all material respects to those the subject of *Alpine Importers of Calif.* v. *United States* (55 Cust. Ct. 81 C.D. 2555), the claim of the plaintiff was sustained.